```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 34987
    CAROLYN J JACKSON
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-6312


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/01/2005 and was confirmed 12/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/13/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED            8525.00         934.11        2082.40
NUVELL CREDIT CO LLC       UNSECURED          9130.43            .00            .00
AMERICASH LOANS LLC        UNSECURED          1543.14            .00            .00
BANK FIRST                 UNSECURED         NOT FILED           .00            .00
CAPITAL ONE                NOTICE ONLY       NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED          1040.00            .00            .00
HORIZON EMERGENCY PHYSIC   UNSECURED         NOT FILED           .00            .00
HSBC NEVADA                UNSECURED         NOT FILED           .00            .00
ILL DEPT HEALTH & FAM SE   PRIORITY          10500.00            .00        2520.00
KEYNOTE CONSULTING         UNSECURED         NOT FILED           .00            .00
LORETTO HOSPITAL           UNSECURED         NOT FILED           .00            .00
MCI RESIDENTIAL SERVICES   UNSECURED         NOT FILED           .00            .00
NEW AGE FURNITURE          UNSECURED         NOT FILED           .00            .00
NICOR GAS                  UNSECURED           720.17            .00            .00
OVERLAND BOND & INVESTME   UNSECURED          5982.99            .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED           .00            .00
SPRINT                     UNSECURED         NOT FILED           .00            .00
T-MOBILE BANKRUPTCY        UNSECURED           157.25            .00            .00
TCF NATIONAL BANK          UNSECURED         NOT FILED           .00            .00
UNIVERSAL RADIOLOGY LTD    UNSECURED         NOT FILED           .00            .00
US CELLULAR                UNSECURED         NOT FILED           .00            .00
US DEPT OF EDUCATION       UNSECURED         25086.96            .00            .00
LEDFORD & WU               DEBTOR ATTY       2,600.00                       2,600.00
TOM VAUGHN                 TRUSTEE                                            459.32
DEBTOR REFUND              REFUND                                                .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               8,595.83


                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 34987 CAROLYN J JACKSON
```

```
PRIORITY                                                      2,520.00
SECURED                                                       2,082.40
    INTEREST                                                    934.11
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,600.00
TRUSTEE COMPENSATION                                            459.32
DEBTOR REFUND                                                      .00
                                      ---------------   ---------------
TOTALS                                       8,595.83          8,595.83
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

  Dated: 12/27/07        /s/ Tom Vaughn
                 _____
                 TOM VAUGHN
                 CHAPTER 13 TRUSTEE